UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ENTERTAINMENT BY J&J, INC.,

                Plaintiff,

-against-

FELICIA DIAZ, Individually and d/b/a/
Casa De Campo Restaurant,

                Defendant.
-----------------------------------------------------------------X

DEFAULT JUDGMENT
01 CV 5215 (NGG)(MDG)

GARAUFIS, District Judge.

On September 5, 2006 Magistrate Judge Marilyn D. Go issued a Report and Recommendation ("R&R") in the above-captioned action recommending that the Plaintiff be awarded $7,200.00 in statutory damages plus $900.00 in attorney's fees, for a total of $8,100.00. No objections to the R&R have been timely filed. This court has reviewed the R&R and is satisfied that there is no clear error on the face of the record. The Clerk of the court is directed to enter judgment as set forth by Magistrate Judge Go as detailed above.

SO ORDERED.

Dated: October 12, 2006
       Brooklyn, N.Y.

/signed/
Nicholas G. Garaufis
United States District Judge